IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
|  | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:10-CR-30034-WDS |
|  | ) |
| Kenneth J. Lee, | ) |
| d/b/a Corporate Enterprises Land Trust, | ) |
|  | ) |
| Defendant. | ) |

### GOVERNMENT'S RESPONSE TO OBJECTION TO GARNISHMENT

The United States of America by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Gerald M. Burke, Assistant United States Attorney, and for its Response to Objection to Garnishment, states as follows:

1. A Writ of Garnishment was filed May 9, 2012, listing Commercial Bank as the Garnishee.

2. An Answer of the Garnishee was received on May 25, 2012. Per the Answer, the Garnishee lists two bank accounts for the Defendant. Account No. 1045946 with an approximate value of $48,996.00, and Account No. 1229478 with an approximate vale of $292.00.

3. Account No. 1045946 is listed as a business account titled Corporate Enterprises Land Trust with the Owner/Signer listed as Kenneth J. Lee, Trustee. **(Exhibit A)** Account No. 1229478 is titled Kenneth J. Lee with the Owner/Signer listed as Kenneth J. Lee, Sole Owner. **(Exhibit B)**

4. Bank statements for calendar year 2010 and 2011 for Account No. 1045946, Corporate Enterprises Land Trust show:

    a) personal expenses paid out **(Exhibit C)**

    b) cash payments **(Exhibit D)**

    c) Transfers from this account to Account No. 1229478, Kenneth J. Lee's personal account. **(Exhibit E)**

     5.    Bank statements for calendar year 2010 and 2011 for Account No. 1229478, Kenneth J. Lee, show:

         a)    Deposits from PAYPAL/Transfers **(Exhibit F)**

         b)    Transfers to this account from Account No. 1045946, Corporate Enterprises Land Trust **(Exhibit G)**

     6.    It is also noted some checks from Account No. 1045946 are titled as Corporate Promotions & Incentives as well as Corporate Enterprises Land Trust.

     7.    On October 28, 2011, a 2006 Cadillac Escalade EXT was sold to Liaison REI & Kenneth Lee, 22 Charles Drive, Glen Carbon, Illinois for $24,800.00 plus fees. The vehicle is financed through Scott Credit Union with monthly payments of $504.34. **(Exhibit H)** On December 2, 2011, a check in the amount of $504.34 was made payable to Scott Credit Union (SCU) from Account No. 1045946 **(Exhibit I)**

     8.    The Corporate Enterprise Land Trust Account, an account the Defendant did not disclose to the U.S. Attorney's Office, was used by the Defendant as a personal account. In addition, funds from the Corporate Enterprise Land Trust Account were co-mingled with the funds in Defendant's personal account. The Land Trust Account is not exempt from garnishment and the funds in the account should be applied to the restitution debt.

     9.    The Corporate Enterprises Land Trust Account is not a trust account in any traditional sense. The money was not being held for the benefit of any third parties and the monies in the account were not designated as belonging to third parties. In the light most favorable to the Defendant the account was a mixed use account with the Defendant using the account for both personal and business purposes. As such, the account can, and should, be used to apply to the outstanding criminal monetary penalties at issue in this case. In no event should any of the funds be returned to the Defendant or any entity he controls.

WHEREFORE, The United States respectfully requests this Court to:

A.) Enter a Garnishee Order to have all funds being held by Commercial Bank in Accounts 1045946 and 1229478 paid to the Clerk of the District Court; and,

B.) Grant such other and further relief as is just and proper.

        UNITED STATES OF AMERICA

        STEPHEN R. WIGGINTON
        United States Attorney

        *s/Gerald M. Burke*
        GERALD M. BURKE
        Assistant United States Attorney
        United States Attorney's Office
        Nine Executive Drive
        Fairview Heights, Illinois 62208-1344
        Phone: (618) 628-3700
        Fax: (618) 622-3810
        E-mail: Gerald.Burke@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he\she is an employee of the Office of the United States Attorney for the Southern District of Illinois, and is a person of such age and discretion as to be competent to serve papers and that on July 17, 2012, the attached:

**Government's Response to Objection to Garnishment**

was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Phillip J. Kavanaugh; Phillip_Kavanaugh@fd.org

and a copy was placed in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States mail in Fairview Heights, Illinois 62208.

ADDRESS:   Kenneth J. Lee
#32790-044
Perry County Jail
12 East Water Street
Pickneyville, IL 62274

*s/Gerald M. Burke*
GERALD M. BURKE