AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
                Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KENNETH LEE** | Case No.    10-30034-SMY |
|  | USM No.    32790-044 |
|  | Todd Schultz, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition    As Alleged Below    of the term of supervision.

☐ was found in violation of condition(s)           after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory | The Offender committed another federal, state or local crime | March 31, 2014 |
|  | The remainder of the violations in the Petition are withdrawn by the Government. |  |

     The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)           and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    6196

Defendant's Year of Birth:    1962

City and State of Defendant's Residence:
Glen Carbon, Illinois

March 11, 2015
Date of Imposition of Judgment

*/s/ Staci M. Yandle*
Signature of Judge

STACI M. YANDLE, U.S. DISTRICT JUDGE
Name and Title of Judge

MARCH 11, 2015
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: KENNETH LEE
CASE NUMBER: 10-30034-SMY

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

    ☒ at 10:00  ☒ a.m. ☐ p.m. on March 17, 2015.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL